[Sac. No. 2144. In Bank.—August 5, 1915.]

J. R. RICE et al., Executors of the Last Will of James M. Hood, Deceased, Respondents, v. GEORGIENE RUTH CAREY, Appellant.

DEED—QUIETING TITLE BY EXECUTOR—WANT OF DELIVERY.—Judgment affirmed on the authority of *Rice* v. *Carey, ante,* p. 748.

APPEAL from a judgment of the Superior Court of Yolo County. E. N. Rector, Judge.

The facts are similar to those stated in the opinion in *Rice* v. *Carey, ante,* p. 748.

John T. Carey, and Elmer W. Armfield, for Appellants.

Arthur C. Huston, Harry L. Huston, and F. F. Marshall, for Respondents.

SLOSS, J.—This action involves the validity of a deed claimed to have been executed by J. M. Hood in his lifetime to Georgiene Ruth Carey, his granddaughter. The case is essentially similar in its facts and in the law applicable thereto to *Rice* v. *Carey* (Sac. No. 2145), *ante,* p. 748, [151 Pac. 135], just decided. Here, as there, the judgment went in favor of the plaintiffs and the defendant appeals.

For the reasons stated in the decision just referred to, the action of the superior court in the case at bar must be upheld.

The judgment is affirmed.

Shaw, J., Melvin, J., Lorigan, J., Henshaw, J., Lawlor, J., and Angellotti, C. J., concurred.